EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4523
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 1 2004

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR04-00468 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | [18 U.S.C. §§ 922(g)(1); |
| DWAYNE ALIP,        (01) | ) | 922(g)(3)] |
| and | ) | |
| OSCAR BUENO,        (02) | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

From a date unknown, but by September 4, 2004, in the District of Hawaii, the defendant, DWAYNE ALIP, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting

commerce a firearm, to wit, an American Eagle .22 Caliber Rifle, bearing no serial number.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

## COUNT 2

The Grand Jury further charges:

From a date unknown, but by September 4, 2004, in the District of Hawaii, the defendant, DWAYNE ALIP, being an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802, knowingly possessed in and affecting commerce, a firearm, to wit, an American Eagle .22 Caliber Rifle, bearing no serial number.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 3

The Grand Jury further charges:

From a date unknown, but by September 4, 2004, in the District of Hawaii, the defendant, OSCAR BUENO, being an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802, knowingly possessed in and affecting commerce, a firearm, to wit:

1. One Savage Arms .410 shotgun, serial number P759364;

2. One Sears Roebuck and Company 12 gauge shotgun serial number P366050;

3. One Winchester 30-30 caliber rifle serial number 3678452;

4. One Harrington and Richardson Arms Company 12 gauge shotgun serial number H1914;

5. One Remington Arms Company Inc. .22 caliber rifle with no serial number;

6. One Ivers Johnson Arms and Cycle Works 12 gauge shotgun with no serial number;

7. One Savage Arms Inc. .22 caliber rifle serial number C385463;

8. One Winchester 30-30 rifle, serial number 17618603;

9. One Marlins Firearms Arms Company .22 caliber rifle serial number 01322452;

10. One Harrington and Richardson 30-30 caliber rifle serial number AM227891;

11. One Remington .22 caliber rifle with no serial number;

12. One U.S. Carbine M1 .30 caliber rifle, serial number 19080204;

13. One American Eagle .22 caliber rifle, with no serial number;

14. One Browning Arms Company 12 gauge shotgun with serial number T4755PT152;

15. One Raven Arms .25 caliber pistol serial number 1839698.

All in violation of Title 18, United States Code, Section 922(g)(3).

DATED: December __1__, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. DWAYNE ALIP, ET AL.
Cr. No.
"Indictment"

4