PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     alexander_silvert@fd.org

Attorney for Defendant
DWAYNE ALIP (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00468 JMS |
| Plaintiff, | DEFENDANT'S RESPONSE TO DRAFT PRESENTENCE REPORT; |
| vs. | CERTIFICATE OF SERVICE |
| DWAYNE ALIP            (01), | Sentencing Date: August 21, 2006 |
| | Time:                   2:15 p.m. |
| Defendant. | |

**DEFENDANT'S RESPONSE TO DRAFT PRESENTENCE REPORT**

Defendant, DWAYNE ALIP, by and through counsel, Alexander Silvert, First Assistant Federal Defender, respectfully submits he has no objections and/or clarifications to make to the draft Presentence Investigation Report dated June 28, 2006.

DATED: Honolulu, Hawaii, July 3, 2006.

    /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
DWAYNE ALIP

# CERTIFICATE OF SERVICE

I, ALEXANDER SILVERT, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on July 3, 2006:

Served Electronically through CM/ECF:

    LORETTA A. SHEEHAN    loretta.sheehan@usdoj.gov
    Assistant United States Attorney
    300 Ala Moana Boulevard, Suite 6100
    Honolulu, Hawaii  96813

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

Served by hand-delivery:

    KEVIN TERUYA
    United States Probation Officer
    United States Probation Office
    300 Ala Moana Boulevard, Suite C-110
    Honolulu, Hawaii  96813

    /s/ Alexander Silvert
    ALEXANDER SILVERT
    Attorney for Defendant
    DWAYNE ALIP