# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 04-00468JMS-01 |
| CASE NAME: | United States of America vs. Dwayne Alip |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Alexander M. Silvert |
| U.S.P.O: | Kevin Teruya & Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 08/14/2006 | TIME: | 1:30 - 1:50 |

COURT ACTION:  Sentencing as to Count 1 of the Indictment:

Defendant present with counsel Alexander Silvert.

Memorandum of Plea Agreement accepted.

Defendant sentenced to TIME SERVED.

Supervised Release 1 year under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 15 valid drug tests per month during the terms of supervision (mandatory condition).

Page 2
Criminal 04-00468JMS-01
U.S.A. vs. Dwayne Alip
August 14, 2006

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9. That the defendant is prohibited from the possession and use of alcohol.

No fine imposed.

Special Monetary Assessment $100.

Advised of rights to appeal.

Governments Oral Motion to Dismiss Count 2 GRANTED.

Submitted by:   Dottie Miwa, Courtroom Manager